IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DAVID GALLOWAY, as Attorney in Fact for
William W. Galloway                                                      PLAINTIFF

v.                              No: 4:22-cv-336-DPM

KATELYN CONEY and
LPL FINANCIAL LLC                                                       DEFENDANTS

## JUDGMENT

Galloway's amended complaint is dismissed with prejudice. LPL Financial's crossclaim and counterclaim are also dismissed with prejudice. The Court will retain jurisdiction until 21 October 2022 to enforce the parties' settlement.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 September 2022